IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 5:24-CR-30-CAR-CHW |
| DORMAINE MITCHELL, : | |
| : | |
| **Defendant.** : | |
| : | |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE

Before the Court is Defendant Dormaine Mitchell's Unopposed Motion to Continue [Doc. 18] the pretrial conference scheduled for July 23, 2024, and the trial, which is set to begin August 5, 2024, in Macon, Georgia. On April 9, 2024, the Grand Jury returned an indictment charging Defendant with Possession of a Firearm by a Convicted Felon. On May 14, 2024, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and detained pending trial.

In the Motion, Defense Counsel requests a continuance to provide additional time to conduct the required investigation, prepare for trial, and engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to

Continue [Doc. 18], and **HEREBY ORDERS** that this case be continued until the October 7, 2024, term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 25th day of June, 2024.

                                        s/ C. Ashley Royal_____
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT