IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | No. 5:24-CR-30-CAR-CHW |
| **DORMAINE MITCHELL,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF SUBPOENA

Before the Court is Defendant Dormaine Mitchell's Motion for the Issuance of Subpoenas to the State Revenue Commissioner of the Georgia Department of Revenue for records under Rules 17(b) and (c) of the Federal Rule of Criminal Procedure. The Government does not oppose the Motion. Based on the Motion, the Court finds good cause to issue the subpoena. Thus, Defendant's Motion [Doc. 51] is **GRANTED**.

The Clerk is **DIRECTED** to issue the subpoena detailed below. The subpoena will be served by the officer of the Federal Defenders of the Middle District of Georgia, Inc.

1) Name of person or entity to be subpoenaed:

   State Revenue Commissioner
   Georgia Department of Revenue
   1800 Century Boulevard, N.E.
   Suite 15300
   Atlanta, GA 30345

2) Documents and objects to be produced:

All records for Dormaine Elomeen Mitchell, 115 Barnes Ave SE, Milledgeville, GA 31061 – 4109, Vehicle: 1997 Lincoln Town Car 4S, VIN: 1LNLM82W1VY697183, License Plate: CQN2667, From January 1997 to December 2024, County: Baldwin.

3) Deadline and place for production:

Responsive documents and objects shall be produced within twenty-one (21) days of service, to the Federal Defenders of the Middle District of Georgia, Inc., c/o Faith Mote, located at 440 Martin Luther King, Jr. Blvd., Suite 400, Macon, GA, 31201. Telephone: 478-743-4747. Email: faith_mote@fd.org.

**SO ORDERED**, this 19th day of December, 2024.

          s/ C. Ashley Royal_____
           C. ASHLEY ROYAL, SENIOR JUDGE
           UNITED STATES DISTRICT COURT