

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 4/7/2025 | Type of Hearing: | Jury Trial – Day 1 |
| Judge: | C. Ashley Royal | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Beverly Lillie | Law Clerk: | Devin Berrigan |
| Courtroom: | Courtroom D | | |

**Case Number: 5:24-CR-30 (CAR)**

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | Will Keyes<br>Julius Jefferson |
| v. | | | |
| Dormaine Mitchell | | Counsel: | Faith Mote<br>Chauntilia Adaway |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 4 hours and 1 minute**

| | |
|---|---|
| 9:46am | Called to order. The Court addressed the Jury. Roll call. Panel sworn. The Court called the case to trial. Court's voir dire. The Court addressed counsel regarding strikes for cause. Jury selection. |
| 10:50am | The Court excused the remaining jurors. |
| 11:00am | Jury sworn. The Court addressed the selected jurors. Court gave its preliminary charge and instructions. |
| 11:05am | Opening statement by Will Keyes. |
| 11:13am | Opening statement by Faith Mote. |
| 11:20am | Jury excused. Matters taken up outside the presence of the jury. |
| 11:24am | Recessed. |
| 12:41pm | Reconvened. Matters taken up outside the presence of the jury. |
| 12:44pm | Jury returned. |
| 12:46pm | Examination of Melissa Condon by Will Keyes. |
| 1:07pm | Cross examination of Melissa Condon by Faith Mote. |
| 1:21pm | Examination of Ryan Chapple by Will Keyes. |

| Time | Event |
|---|---|
| 1:32pm | Cross examination of Ryan Chapple by Faith Mote. |
| 1:36pm | Redirect examination of Ryan Chapple by Will Keyes. |
| 1:37pm | Examination of Joseph Harrison by Julius Jefferson. |
| 1:44pm | Cross examination of Joseph Harrison by Chauntilia Adaway. |
| 1:48pm | Examination of Nehemiah Ingram by Julius Jefferson. |
| 1:57pm | Cross examination of Nehemiah Ingram by Faith Mote. |
| 1:59pm | Government rests. |
| 2:00pm | Jury excused. Matters taken up outside the presence of the jury. |
| 2:01pm | Recessed. |
| 2:19pm | Reconvened. Matters taken up outside the presence of the jury. |
| 2:22pm | Jury returned. |
| 2:23pm | Direct examination of Sara Lynn Henderson by Faith Mote. |
| 2:31pm | Defense rests. The Court addressed the jury. |
| 2:32pm | Closing argument by Will Keyes. |
| 2:46pm | Closing argument by Faith Mote. |
| 2:57pm | Rebuttal closing argument by Will Keyes. |
| 2:59pm | Jury excused. Matters taken up outside the presence of the jury. |
| 3:09pm | Jury returned. |
| 3:11pm | The Court addressed the jury. The Court charged the jury. |
| 3:26pm | Jury excused for deliberations; alternate sequestered. |
| 3:30pm | Matters taken up outside the presence of the jury. Recessed. |
| 3:52pm | Reconvened. First question received from jury. Question from jury discussed. Answer delivered to jury in written format. |
| 3:54pm | Recessed. |
| 4:44pm | Reconvened. Matters taken up outside the presence of the jury. |
| 4:46pm | Jury returned. The Court addressed the jury. |
| 4:48pm | Adjourned. |